**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Arthur D'Amario, III,

Civil No. 01-742 ADM/AJB

Petitioner,

v.

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Andrew L. Olnes, M.D., et al.,

Respondents.

This matter is before the Court on petitioner's request for enlargement of time for making an initial partial payment of the filing fee [Docket No. 11] required pursuant to the Court's Order dated May 4, 2001. Petitioner has submitted the *in forma pauperis* application that was also required pursuant to the Order but now seeks an extension of time until July 30, 2001, to make the necessary initial partial payment. Petitioner asserts that additional time is needed as result of his being transferred to several different prison facilities in the past month and the consequent problems relating to the transfer of property, files and accounts.

**IT IS HEREBY ORDERED THAT** the motion is **granted** [Docket No. 11]. Petitioner shall have until **July 30, 2001,** in which to submit the required initial partial filing fee. Petitioner's previous motion for extension of time, dated May 30, 2001, is **moot** [Docket No. 7].

Dated: 7/10/01

Arthur J. Boylan
United States Magistrate Judge

JUL 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS