# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Arthur D'Amario III

Plaintiff

v.

Case No. Civil 01-742 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

Andrew L. Olnes, M.D., Ruth Westrick, M.D.,
Daniel Shine, M.D., Amy Hamilton, Ph.D.,
Christine Scronce, Ph.D., Steve Norton, Ph.D.,
Constance Reese, Harell Watts,
G.L. Hershberger, Brenda L. Santos,
Federal Bureau of Prisons,
Stephanie S. Browne, and Chris Sigurdson, M.D.

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the R&R is adopted, Plaintiff's objections is denied. This action is dismissed without prejudice.

DATE: November 14, 2001

RICHARD D. SLETTEN, CLERK

______________________________
Victoria Moralez, Deputy Clerk