Fri Mar 4 10:56:00 2005

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 146369
Cashier lynda

Tender Type CHECK

Check Number: 102

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 20.00

ARTHUR D'AMARIO 01-CV-742

PARTIAL PAYMENT OF FILING FEE

SCANNED
MAR 04 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
BY MAIL
MAR 04 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Feb. 28, 2005

Clerk
US District Court
St. Paul, MN

re: D'Amario v. Van Sickle, C.A. No. 4-2943-RHK/AJB

Dear Madam:

Enclosed is a check in the amount of $20, as further partial payment of the filing fee in this action.

Please mail me a receipt, along with the exact amount of money still owed by me.

Thank you,

[signature]

Arthur D'Amario III
1488 W. Camino de la Oca
Green Valley, AZ 85614

03364000 01-742

50 010742
~~08647L~~
5100PL

Mr. Arthur D Damario
1488 W Camino De La Oca
Green Valley, AZ 85614-4824

TUCSON AZ
PM

Clerk
U.S. District Court
708 Federal Building
316 N. Robert St.
St. Paul, MN 55101-1460

55101+1460